IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER O'QUINN, K92939, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-cv-00407-JPG-PMF |
| CHAPMAN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 32) of Magistrate Judge Philip M. Frazier with regard to Defendant's Nathan Chapman's Motion for Sanctions (Doc. 24). The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 32) and **DENIES** Defendant's Nathan Chapman's Motion for Sanctions (Doc. 24).

**IT IS SO ORDERED.**

**DATED:** 1/23/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**